

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-13-00633-CR

Style:               Rudy Matamoros, Jr.

                       v. The State of Texas

Date motion filed[*]:     November 19, 2013

Type of motion:       Motion for extension of time to file reporter's record

Party filing motion:    Court reporter

Document to be filed:   Reporter's record

Is appeal accelerated?     No

If motion to extend time:
      Original due date:                  October 23, 2013
      Number of previous extensions granted:    0          Current Due date:  October 23, 2013
      Date Requested:                January 15, 2014

Ordered that motion is:

       ☑       Granted

               If document is to be filed, document due:  January 15, 2014

               ☑ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐       Denied

       ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

       ☐       Other: _____

_____

_____

_____

Judge's signature:   /s/ Evelyn V. Keyes
                        ☑ Acting individually    ☐ Acting for the Court

Panel consists of     _____

Date: <u>November 26, 2013</u>

November 7, 2008 Revision